**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Savannah Rhinehart, Nicholas Rash, and John Doe,
Defendants,

Of whom Savannah Rhinehart is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-001085

---

Appeal From Union County
Debra A. Matthews, Family Court Judge

---

Unpublished Opinion No. 2022-UP-178
Submitted April 14, 2022 – Filed April 21, 2022

---

**AFFIRMED**

---

Alexandria Marie Wolf, of Callie A. Charles, LLC, of Beaufort, for Appellant.

Shawn M. Campbell, of Campbell Law Offices, of Spartanburg, as the Guardian ad Litem for Appellant.

Charleka LeTay Hannon, of South Carolina Department of Social Services, of Union, for Respondent.

Jonathan Drew Hammond, of Greenville, for the Guardian ad Litems for the children.

———————

**PER CURIAM:**  Savannah Rhinehart appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Rhinehart's counsel.

**AFFIRMED.**[1]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.